# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**4263 6TH ST SE APARTMENTS LLC,**<br><br>Debtor. | **Case No. 24-00184-ELG**<br><br>**Chapter 11** |

## NOTICE OF RESCHEDULED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the meeting of creditors scheduled to be held on Friday, June 28, 2024 at 10:00 a.m., **has been rescheduled to Wednesday, June 26, 2024 at 2:00 p.m.,** and will be conducted telephonically.  **To participate in the meeting by telephone interested parties should call (877) 465−7076 and enter the Passcode: 7191296#.**

Dated:  June 4, 2024

                                              Gerard R. Vetter,
                                              Acting United States Trustee, Region Four

                                              By: */s/ Kristen S. Eustis*
                                              Kristen S. Eustis, Trial Attorney
                                              Federal Bar No. MD28984
                                              Office of the United States Trustee
                                              1725 Duke St., Suite 650
                                              Alexandria, VA 22314
                                              (703) 557-7227- Direct Dial
                                              Kristen.S.Eustis@usdoj.gov

# Certificate of Service

I hereby certify that on June 4, 2024, I electronically filed the foregoing Notice with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Michael D. Nord mnord@gebsmith.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I further certify that on June 4, 2024, a copy of the foregoing Notice was served by first class United States mail, postage prepaid to the parties on the attached service list.

/s/ Robert W. Ours
Robert W. Ours
Paralegal Specialist