```
Label Matrix for local noticing          4263 6TH ST. SE APARTMENTS LLC        TD Bank, N.A.
0090-1                                   4263 6th St SE#103                    c/o Michael D. Nord
Case 24-00184-ELG                        Washington, DC 20032-3626             Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                  One South Street
Washington, D.C.                                                               Suite 2200
Tue Jun  4 09:29:50 EDT 2024                                                   Baltimore, MD 21202-3343

Washington, D.C.                         Chanel Jackson                        DC Office of Tax and Revenue
E. Barrett Prettyman U. S. Courthouse    4263 6th Street, SE Unit 1            1101 4th St., SW #270
333 Constitution Ave, NW #1225           Washington, DC 20032-3626             Washington, DC 20024-4457
Washington, DC 20001-2802


District of Columbia Water and Sewer Aut Internal Revenue Service              Jennifer Patrick
1385 Canal Street, SE                    PO Box 7346                           4265 6th Street, SE Unit 2
Washington, DC 20003-5015                Philadelphia, PA 19101-7346           Washington, DC 20032-3613



Kris Kieh                                Massey Property Investors LLC         Michael D. Nord, Esq.
4263 6th Street, SE Unit 2               12320 Quilt Patch Ln.                 Gebhardt & Smith LLP
Washington, DC 20032-3626                Bowie, MD 20720-4359                  One South Street Suite 2200
                                                                               Baltimore, MD 21202-3343



Patrice Taylor                           Pepco                                 Pro Painting & Remodeling Inc.
4265 6th Street, SE Unit 1               P.O. Box 13608                        15105 Jennings Ln.
Washington, DC 20032-3613                Philadelphia, PA 19101-3608           Bowie, MD 20721-7208



TD Bank, N.A.                            U. S. Trustee for Region Four         US Realty LLC
5900 N. Andrews Ave. Suite 200           U. S. Trustee's Office                2300 N ST NW STE 300-RLK
Fort Lauderdale, FL 33309-2371           1725 Duke Street                      Washington, DC 20037-1122
                                         Suite 650
                                         Alexandria, VA 22314-3489



Washington Gas and Light Company         Maurice Belmont VerStandig            End of Label Matrix
1000 Maine Ave SW 7th Floor              The VerStandig Law Firm, LLC          Mailable recipients    19
Washington, DC 20024-3496                9812 Falls Road                       Bypassed recipients     0
                                         #114-160                              Total                  19
                                         Potomac, MD 20854-3976
```