# The VerStandig Law Firm, LLC                                        INVOICE

9812 Falls Road, #114-160                                         Invoice # 10936
Potomac, MD 20854                                                 Date: 06/23/2024
                                                                  Due On: 07/23/2024

### 00426-Razjooyan Cases

### 1416 Eastern Ave NE LLC

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 05/31/2024 | Case Administration: Draft motion to sell property and to give purchaser option of assuming or rejecting contracts, including review of proposed sale documents and related draft HUD-1 statements (this time is split evenly between two related cases because the drafting was done in one case and then immediately used as a template, with only nominal modifications, in the second case) | 0.90 | $495.00 | $445.50 |
| Service | 05/31/2024 | Case Administration: Draft motion to shorten time and proposed order shortening time (time split evenly between two cases) | 0.15 | $495.00 | $74.25 |
| Service | 06/02/2024 | E-mail to client re upcoming sale hearing and court order shortening time (split between two matters) | 0.05 | $495.00 | $24.75 |
| Service | 06/04/2024 | Attend hearing on related sales motions, argue same, adduce testimony from client representative, meet with client representative during recesses, assess certain legal issues during recesses. Time split evenly between two related matters. | 2.80 | $495.00 | $1,386.00 |
| Service | 06/04/2024 | Review objections from District of Columbia, meet with client, review case law, and prepare for sale hearings (time split evenly between two related matters) | 0.70 | $495.00 | $346.50 |

**Subtotal**     **$2,277.00**

### 00427-Razjooyan Cases

### 945 Longfellow St NW LLC

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 05/31/2024 | Case Administration: Draft motion to sell property and | 0.90 | $495.00 | $445.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | to give purchaser option of assuming or rejecting contracts, including review of proposed sale documents and related draft HUD-1 statements (this time is split evenly between two related cases because the drafting was done in one case and then immediately used as a template, with only nominal modifications, in the second case) | | | |
| Service | 05/31/2024 | Case Administration: Draft motion to shorten time and proposed order shortening time (time split evenly between two cases) | 0.15 | $495.00 | $74.25 |
| Service | 06/02/2024 | E-mail to client re upcoming sale hearing and court order shortening time (split between two matters) | 0.05 | $495.00 | $24.75 |
| Service | 06/04/2024 | Attend hearing on related sales motions, argue same, adduce testimony from client representative, meet with client representative during recesses, assess certain legal issues during recesses. Time split evenly between two related matters. | 2.80 | $495.00 | $1,386.00 |
| Service | 06/04/2024 | Review objections from District of Columbia, meet with client, review case law, and prepare for sale hearings (time split evenly between two related matters) | 0.70 | $495.00 | $346.50 |

| | | |
|---|---|---|
| | Subtotal | $2,277.00 |

## 00436-Razjooyan Cases

## Ten Related Bankruptcy Cases

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 05/30/2024 | Fee and Employment Applications: Draft employment application and supporting declaration, with bespoke language added to standard employment application to address eccentricities of related cases | 0.90 | $495.00 | $445.50 |
| Service | 06/03/2024 | Case Administration: Detailed e-mail to client re opening DIP accounts, putting together cash collateral budgets, and need to finalize schedules, also attaching introduction documents from US Trustee | 0.20 | $495.00 | $99.00 |
| Service | 06/06/2024 | E-mail to client following up on need for cash collateral budgets, information for schedule completion, and copies of bank statements | 0.20 | $495.00 | $99.00 |

| | | |
|---|---|---|
| | Subtotal | $643.50 |
| | Total | $5,197.50 |