Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@dcbankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 1416 EASTERN AVE NE LLC | ) | Case No. 24-180-ELG |
| 945 LONGFELLOW ST NW LLC | ) | Case No. 24-181-ELG |
| 2501 NAYLOR RD SE LLC | ) | Case No. 24-182-ELG |
| 4303-13 WHEELER RD SE LLC | ) | Case No. 24-183-ELG |
| 4263 6TH ST SE APARTMENTS LLC | ) | Case No. 24-184-ELG |
| 4935 NHB AVE NE LLC | ) | Case No. 24-185-ELG |
| 3968 MLK LLC | ) | Case No. 24-186-ELG |
| 4010 9TH ST SE LLC | ) | Case No. 24-187-ELG |
| 2440 S ST SE LLC | ) | Case No. 24-188-ELG |
| 4400 HUNT PL NE LLC | ) | Case No. 24-189-ELG |
| | ) | |
| Debtors. | ) | (Chapter 11) |
| | ) | (*Not* Jointly Administered) |

**NOTICE OF FIRST AND FINAL APPLICATION OF THE
VERSTANDIG LAW FIRM, LLC FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

NOTICE IS HEREBY GIVEN that Maurice B. VerStandig, Esq. and The VerStandig Law

Firm, LLC (collectively, "VLF") have filed an application for approval of their fees in these cases,

seeking fees of (i) $2,341.35 in the matter of 1416 Eastern Ave NE LLC; (ii) $2,341.50 in the

matter of 945 Longfellow St NW; and (iii) $64.35 in each of the other above-captioned matters.

This is VLF's first and final application for fees and expenses in these cases.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the

Application or if you would like the Court to consider your views, then WITHIN TWENTY-ONE

(21) DAYS AFTER THE DATE OF MAILING OF THIS NOTICE, you must file and serve a

written objection to the Application. The objection must be filed with the Clerk of the Bankruptcy

Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by

delivery or mailing a copy) upon the undersigned. The objection must contain a complete

specification of the factual and legal grounds upon which it is based. You may append affidavits

and documents in support of your objection.

NOTICE OF HEARING. A hearing on the application has been scheduled before the

Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for July 17, 2024 at 10:00 AM.

The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom

video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at

Aimee_Mathewes@dcb.uscourts.gov.


                                        Respectfully submitted,

Dated: June 23, 2024            By:    /s/ Maurice B. VerStandig
                                       Maurice B. VerStandig, Esq.
                                       Bar No. MD18071
                                       The VerStandig Law Firm, LLC
                                       9812 Falls Road, #114-160
                                       Potomac, Maryland 20854
                                       Phone: (301) 444-4600
                                       mac@mbvesq.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of June, 2024, a copy of the foregoing was

served electronically upon filing via the ECF system, with copies being sent to all parties receiving

electronic notice herein including, *inter alia*, counsel for the United States Trustee. Additionally,

a copy of this notice (but not of the accompanying application) is being sent, via First Class Mail,

postage prepaid, on June 24, 2024, to all parties on the attached mailing matrices.

                                       /s/ Maurice B. VerStandig
                                       Maurice B. VerStandig

2