William C. Johnson, Jr., Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
William@JohnsonLG.Law
Counsel for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | ) | |
|   1416 EASTERN AVE NE LLC | ) | Case No. 24-180-ELG |
|   945 LONGFELLOW ST NW LLC | ) | Case No. 24-181-ELG |
|   2501 NAYLOR RD SE LLC | ) | Case No. 24-182-ELG |
|   4303-13 WHEELER RD SE LLC | ) | Case No. 24-183-ELG |
|   4263 6TH ST SE APARTMENTS LLC | ) | Case No. 24-184-ELG |
|   4935 NHB AVE NE LLC | ) | Case No. 24-185-ELG |
|   3968 MLK LLC | ) | Case No. 24-186-ELG |
|   4010 9TH ST SE LLC | ) | Case No. 24-187-ELG |
|   2440 S ST SE LLC | ) | Case No. 24-188-ELG |
|   4400 HUNT PL NE LLC | ) | Case No. 24-189-ELG |
| | ) | |
|            **Debtor.** | ) | Chapter 11 |
| | ) | |
| | ) | **(NOT JOINTLY** |
| | ) | **ADMINISTERED)** |
| | ) | |

### APPLICATION OF DEBTOR  TO AUTHORIZE EMPLOYMENT OF COUNSEL

The Application of 4263 6TH ST SE APARTMENTS LLC to Authorize Employment of Counsel, debtor, respectfully represents to this Honorable Court as follows:

1. The Debtor commenced this Case under Chapter 11 on or about May 29, 2024.

2. This case was originally commenced as voluntary chapter 11 case.

2. Your Applicant is the debtor in this Chapter 11 case.

3. Your Applicant seeks to employ the services of counsel William C. Johnson, Jr., Esq.  to assist in the debtor's Chapter 11 Reorganization under Chapter 11 of the Bankruptcy Code and representation throughout the Chapter 11 case.

1

4. Your Applicant has selected Mr. Johnson for the reason that he has much experience in matters of this kind.  Mr. Johnson maintains his principal office for the practice of law at 6305 Ivy Lane, Suite 630, Greenbelt, Maryland 20770.  Mr. Johnson is a graduate of the North Carolina Central School of Law and Villanova School of Law.  He also holds a Master of Business Administration from North Carolina Central University.  He has been a member of the Federal Bar since 2002 and has had considerable experience as a practicing attorney in the areas of consumer protection law, bankruptcy law, commercial law, and corporate and business law.  Following graduation from Villanova University with a Master of Law, William C. Johnson, Jr., Esq. entered private practice, and since that time his practice has for the most part been concentrated in the area of consumer protection, mortgage fraud litigation and related fields.

5. The services which Mr. Johnson proposes to render are as follows: (1) general advice and counsel concerning compliance with the requirements of Chapter 11; (2) preparation of any necessary amendments to the debtor's schedules, statement of financial affairs, and related documents as appropriate; (3) representation of the debtor in possession in all contested matters.  Certain adversary proceedings in this Court will require a separate retainer agreement; (4) representation as appropriate in any related matters in other Courts; (5) advice and counsel concerning the structure of a plan and any required amendments thereto; (6) advice concerning the feasibility of confirmation of a plan and representation in connection with the confirmation process; (7) liaison, consultation, and where appropriate, negotiation with creditors and other parties in interest; (8) review of relevant financial information; (9) review of claims with a view to determining which claims are allowable and in what amounts; (10) prosecution of claims objections, as appropriate; (11) representation at the section 341 meeting of creditors and at any hearings or status conferences in court; and (12) such representations as may be necessary and appropriate to the case.

  6. The basis on which your Applicant proposes to employ Mr. Johnson in this Chapter 11 case is that Mr. Johnson would charge his regular hourly rate for services, currently $450.00 per hour but subject to periodic adjustment, plus reimbursement for expenses.  Fees and expenses would be subject to allowance by the Court upon due application therefore.  To date, as of July 2, 2024, the debtor has paid $0.00 toward the $7,500.00 initial retainer fee.

  7. Mr. Johnson does not have a connection with the Debtor.

  8. Given the foregoing, your Applicant believes and alleges that the employment of Mr. Johnson as proposed herein would be in the best interest of the estate and of creditors as well as those of the debtor.

  Wherefore, your Applicant prays that it be authorized to employ Mr. Johnson under a general retainer, at Mr. Johnson's regular hourly rate, plus expenses, subject to the retainer and payment arrangement described above, and that it have such other and further relief as justice requires.

July 3, 2024               ***/s/ William C. Johnson, Jr.***
                      William C. Johnson, Jr., Esq.
                      Fed Bar No. 470314
                      6305 Ivy Lane
                      Suite 630
                      Greenbelt, Maryland 20770
                      (301) 477-3450
                      (202) 525-2958
                      Fax (301) 477-4813
                      William@JohnsonLG.Law

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on this day of July 3, 2024, a copy of the foregoing was sent via first class mail, postage pre-paid to the following:

Office of the U.S. Trustee
1725 Duke Street
Suite 630
Alexandria, VA 22314

All creditors on Mailing Matrix

July 3, 2024  /s/ **William C. Johnson, Jr.**
William C. Johnson, Jr., Esq.