William C. Johnson, Jr., Esq.,
D.C. Bar #470314
Attorney for Debtor
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
William@JohnsonLG.Law
Telephone: 202-525-2958

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | ) | |
|    1416 EASTERN AVE NE LLC | ) | Case No. 24-180-ELG |
|    945 LONGFELLOW ST NW LLC | ) | Case No. 24-181-ELG |
|    2501 NAYLOR RD SE LLC | ) | Case No. 24-182-ELG |
|    4303-13 WHEELER RD SE LLC | ) | Case No. 24-183-ELG |
|    4263 6TH ST SE APARTMENTS LLC | ) | Case No. 24-184-ELG |
|    4935 NHB AVE NE LLC | ) | Case No. 24-185-ELG |
|    3968 MLK LLC | ) | Case No. 24-186-ELG |
|    4010 9TH ST SE LLC | ) | Case No. 24-187-ELG |
|    2440 S ST SE LLC | ) | Case No. 24-188-ELG |
|    4400 HUNT PL NE LLC | ) | Case No. 24-189-ELG |
| | ) | |
|                **Debtor.** | ) | **Chapter 11** |
| | ) | |
| | ) | **(NOT JOINTLY** |
| | ) | **ADMINISTERED)** |
| _____ | ) | |

**NOTICE OF OPPORTUNITY TO OBJECT**

**PLEASE TAKE NOTICE:**

      **PURSUANT TO LBR 2002-1, WITHIN TWENTY-ONE (21) DAYS OF THE DATE OF THIS NOTICE**, you must file and serve a written opposition to the Application to Employ Counsel and a proposed order under Local Bankruptcy Rule 9072-1. The opposition and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave. NW, Washington, D.C. 20001, and served (by delivery or mailing of copies) upon the undersigned. The opposition may append affidavits and documents you wish to attach in support of your opposition.

     A hearing has been scheduled to occur before the Honorable Elizabeth L. Gunn on August 7, 2024 at 1:00 pm.

      **IF YOU FAIL TO FILE A TIMELY OPPOSITION, THE COURT MAY GRANT THE APPLICATION OF ALLOWANCE TO EMPLOY COUNSEL IN THE MANNER SOUGHT BY THE APPLICATION WITHOUT A HEARING**. You may file and serve with or include in the opposition a request for hearing which may

be held in the Court's discretion.

| | |
|---|---|
| July 3, 2024 | */s/ William C. Johnson, Jr.* |
| | William C. Johnson, Jr., Esq. |
| | Fed Bar No. 470314 |
| | 6305 Ivy Lane |
| | Suite 630 |
| | Greenbelt, Maryland 20770 |
| | (301) 477-3450 |
| | (202) 525-2958 |
| | Fax (301) 477-4813 |
| | William@JohnsonLG.Law |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day of July 3, 2024, a copy of the foregoing was sent via first class mail, postage pre-paid to the following:

Office of the U.S. Trustee
1725 Duke Street
Suite 630
Alexandria, VA 22314

All creditors on Mailing Matrix

| | |
|---|---|
| July 3, 2024 | */s/ William C. Johnson, Jr.* |
| | William C. Johnson, Jr., Esq. |