```
Label Matrix for local noticing        4263 6TH ST SE APARTMENTS LLC        TD Bank, N.A.
0090-1                                 4263 6th St SE#103                    c/o Michael D. Nord
Case 24-00184-ELG                      Washington, DC 20032-3626             Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                One South Street
Washington, D.C.                                                             Suite 2200
Thu Jun 27 21:02:46 EDT 2024                                                 Baltimore, MD 21202-3343

Washington, D.C.                       Chanel Jackson                        DC Office of Tax and Revenue
E. Barrett Prettyman U. S. Courthouse  4263 6th Street, SE Unit 1            1101 4th St., SW #270
333 Constitution Ave, NW #1225         Washington, DC 20032-3626             Washington, DC 20024-4457
Washington, DC 20001-2802


District of Columbia Water and Sewer Aut    Internal Revenue Service        Jennifer Patrick
1385 Canal Street, SE                       PO Box 7346                     4265 6th Street, SE Unit 2
Washington, DC 20003-5015                   Philadelphia, PA 19101-7346     Washington, DC 20032-3613


Kris Kieh                              Massey Property Investors LLC         Michael D. Nord, Esq.
4263 6th Street, SE Unit 2             12320 Quilt Patch Ln.                 Gebhardt & Smith LLP
Washington, DC 20032-3626              Bowie, MD 20720-4359                  One South Street Suite 2200
                                                                             Baltimore, MD 21202-3343


Patrice Taylor                         Pepco                                 Pro Painting & Remodeling Inc.
4265 6th Street, SE Unit 1             P.O. Box 13608                        15105 Jennings Ln.
Washington, DC 20032-3613              Philadelphia, PA 19101-3608           Bowie, MD 20721-7208


TD Bank, N.A.                          U. S. Trustee for Region Four         US Realty LLC
5900 N. Andrews Ave. Suite 200         U. S. Trustee's Office                2300 N ST NW STE 300-RLK
Fort Lauderdale, FL 33309-2371         1725 Duke Street                      Washington, DC 20037-1122
                                       Suite 650
                                       Alexandria, VA 22314-3489


Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496
```

                    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Maurice VerStandig                  End of Label Matrix
                                       Mailable recipients    18
                                       Bypassed recipients     1
                                       Total                  19