**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **4263 6TH ST SE APARTMENTS LLC** | ) | **Case No. 24-00184-ELG** |
| | ) | **Chapter 11** |
| | ) | |
| *Debtor.* | ) | |
| | ) | |

<u>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**</u>

PLEASE TAKE NOTICE that Emil Hirsch, Esq. of Carlton Fields, P.A., as counsel for

District of Columbia Water and Sewer Authority, hereby appears in this case and requests copies

of all notices, motions, pleadings, and other documents given or served in this case pursuant to

Fed. R. Bankr. P. 2002, or otherwise upon:

> Emil Hirsch, Esq.
> CARLTON FIELDS, P.A.
> 1025 Thomas Jefferson St. NW, Suite 400W
> Washington, D.C. 20007
> Telephone: (202) 965-8184
> Email: ehirsch@carltonfields.com

July 12, 2024                                    Respectfully submitted,

                                                 */s/ Emil Hirsch*
                                                 Emil Hirsch (D.C. Bar 0930479)
                                                 CARLTON FIELDS, P.A.
                                                 1025 Thomas Jefferson St., NW, Suite 400W
                                                 Washington, D.C. 20007
                                                 Telephone: (202) 965-8184
                                                 Fax: (202) 965-8104

                                                 *Attorney for District of Columbia Water and Sewer*
                                                 *Authority.*

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic mail using the Court's CM/ECF system on July 12, 2024 to all parties involved.


*/s/Emil Hirsch*_____
Emil Hirsch, Esq.

136321560.1